IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kamel Maklad,<br><br>        Petitioner,<br><br>v.<br><br>Christopher Howard, *et al.*,<br><br>        Respondents. | No. CV-25-04285-PHX-JJT (JFM)<br><br>**ORDER** |

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention has far exceeded the removal period and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1 at 5.) The Court directed Respondents to answer the Petition and Petitioner's Motion for Preliminary Injunction. (Doc. 7.) Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 15.) The Court will grant the Petition and direct Petitioner's release from custody.[1]

---

[1] Petitioner further argued his detention pending removal to any third country violates his due process rights because he has not received proper notice of the proposed third country or an opportunity to request relief from removal to that country. (Doc. 1 ¶¶ 24-26.) For purposes of standing, an injury must be "'concrete and particularized,' as well as 'actual or imminent,'" and cannot be 'conjectural or hypothetical.'" *Carney v. Adams*, 592 U.S. 53, 58 (2020) (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992)). It is not clear Petitioner will be subject to third country removal, particularly because Respondents have conceded his removal is unlikely to occur in the reasonably

foreseeable future.  Ground Two will be dismissed.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to Ground One and is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance no later than Tuesday December 9, 2025.

**IT IS FINALLY ORDERED** all remaining motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 5th day of December, 2025.

Honorable John J. Tuchi
United States District Judge

- 2 -